CIVIL SERVICE COMMISSION v DEPARTMENT OF LABOR and MATULE-WICZ v GOVERNOR, No. 77816. Reported at 424 Mich 571.

The motion by defendants-appellants for clarification is considered and the opinion and judgment of March 28, 1986, is amended, effective that date, to add the sentence: "The injunction entered December 2, 1985, is dissolved."

BRICKLEY, RILEY, and ARCHER, JJ., state:

While we agree that dissolution of the injunction is a necessary consequence of the Court's decision, in light of our dissent we do not participate in this order.

*Leave to Appeal From Attorney Discipline Board Denied April 29, 1986:*